B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Central District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>FFPE, LLC, a Delaware Limited Liability Company | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>DBA Pat & Oscar's | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>33-0922915 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>8386 La Palma Avenue<br>Buena Park, CA<br>ZIP Code 90620 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Orange | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities,
check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined
in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization
under Title 26 of the United States
Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which
the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition
of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition
of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts,
defined in 11 U.S.C. § 101(8) as
"incurred by an individual primarily for
a personal, family, or household purpose."

■ Debts are primarily
business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must
attach signed application for the court's consideration certifying that the
debtor is unable to pay fee except in installments. Rule 1006(b). See Official
Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must
attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)
are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,
in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐<br>1-<br>49 | ☐<br>50-<br>99 | ☐<br>100-<br>199 | ■<br>200-<br>999 | ☐<br>1,000-<br>5,000 | ☐<br>5,001-<br>10,000 | ☐<br>10,001-<br>25,000 | ☐<br>25,001-<br>50,000 | ☐<br>50,001-<br>100,000 | ☐<br>OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ■<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ☐<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ■<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(4/10)                                                                                                           Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): FFPE, LLC, a Delaware Limited Liability Company |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:  - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)  ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).  X_____ Signature of Attorney for Debtor(s)                     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                                        Page 3

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | FFPE, LLC, a Delaware Limited Liability Company |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
 Signature of Debtor

X _____
 Signature of Joint Debtor

_____
 Telephone Number (If not represented by attorney)

_____
 Date

**Signature of Attorney\***

X /s/ Victor A. Sahn
 Signature of Attorney for Debtor(s)

 Victor A. Sahn
 Printed Name of Attorney for Debtor(s)

 SulmeyerKupetz
 Firm Name

 333 South Hope Street
 35th Floor
 Los Angeles, CA 90071-1406

 Address

 213.626.2311  Fax: 213.629.4520
 Telephone Number

 September 21, 2011
 Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ John Kaufman
 Signature of Authorized Individual

 John Kaufman
 Printed Name of Authorized Individual

 President of Managing Member
 Title of Authorized Individual

 September 21, 2011
 Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
 Signature of Foreign Representative

_____
 Printed Name of Foreign Representative

_____
 Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
 Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
 Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
 Address

X _____

_____
 Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Victor A. Sahn, Esq. (State Bar No. 97299)<br>**SulmeyerKupetz, APC**<br>333 South Hope Street<br>35th Floor<br>Los Angeles, CA 90071-1406<br>213.626.2311 Fax: 213.629.4520<br><br>☒ *Attorney for:* Chapter 7 Debtor, FFPE, LLC | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>        FFPE, LLC, a Delaware Limited Liability Company<br>                                                              Debtor(s). | CASE NO.:<br>CHAPTER: 7<br>ADV. NO.: |
|---|---|

### ELECTRONIC FILING DECLARATION
### (CORPORATION/PARTNERSHIP)

☒   Petition, statement of affairs, schedules or lists          Date Filed: ___September 21, 2011___
☐   Amendments to the petition, statement of affairs, schedules or lists          Date Filed: _____
☐   Other: _____          Date Filed: _____

## PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

_____          ___September 20, 2011___
*Signature of Authorized Signatory of Filing Party*          Date

John Kaufman
*Printed Name of Authorized Signatory of Filing Party*

President of Managing Member
*Title of Authorized Signatory of Filing Party*

## PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

/s/ Victor A. Sahn          ___September 20, 2011___
*Signature of Attorney for Filing Party*          Date

Victor A. Sahn
*Printed Name of Attorney for Filing Party*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*November 2006*

| Attorney or Party Name, Address, Telephone & FAX Number, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Victor A. Sahn<br>**Sulmeyer**Kupetz<br>333 South Hope Street<br>35th Floor<br>Los Angeles, CA 90071-1406<br>213.626.2311 Fax: 213.629.4520<br>California State Bar Number:<br><br>*Attorney for Debtor* | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>     FFPE, LLC, a Delaware Limited Liability Company<br><br><br><br><br>                                              Debtor(s),<br><br>                                              Plaintiff(s),<br><br>                                              Defendant(s). | CASE NO.:<br>ADV. NO.:<br>CHAPTER:   7 |
|---|---|

## Corporate Ownership Statement Pursuant to
## FRBP 1007(a)(1) and 7007.1, and LBR 1007-4

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,   John Kaufman                                                   , the undersigned in the above-captioned case, hereby declare
         *(Print Name of Attorney or Declarant)*

under penalty of perjury under the laws of the United States of America that the following is true and correct:

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.        I have personal knowledge of the matters set forth in this Statement because:

⊠ I am the president or other officer or an authorized agent of the debtor corporation

☐ I am a party to an adversary proceeding

☐ I am a party to a contested matter

☐ I am the attorney for the debtor corporation

2.a.     ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

The Debtor is a wholly-owned subsidiary of P&O Holdings Corp., a Delaware corporation. The Debtor is the sole member and manager of Pat & Oscar's Development, LLC, a California limited liability company.

b.        ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

/s/ John Kaufman                                        September 21, 2011
Signature of Attorney or Declarant                 Date

John Kaufman, President of Managing Member
Printed Name of Attorney or Declarant

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

## ACTION BY WRITTEN CONSENT OF
## THE SOLE MEMBER OF FFPE, LLC,
### a Delaware limited liability company

The undersigned, being the sole member ("**Sole Member**") of FFPE, LLC, a Delaware limited liability company (the "**Company**"), acting pursuant to Section 5.7 of the Second Amended and Restated Limited Liability Company Agreement of FFPE, LLC, a Delaware limited liability company, dated as of August 30, 2000, as amended by that certain Amendment to Second Amended and Restated Limited Liability Company Agreement of FFPE, LLC, dated as of December 18, 2008 (collectively, the "**Operating Agreement**"), and without the formality of convening a meeting, does hereby consent to and adopt the following resolutions:

**WHEREAS,** the Company is the Sole Member and Manager of Pat & Oscar's Development LLC, a California limited liability company ("**P&O Development LLC**");

**WHEREAS,** P&O Holding Corp., a Delaware corporation ("**P&O Holding**"), is the sole member of the Company (for purposes hereof, the Company, P&O Development LLC and P&O Holding are sometimes individually and collectively referred to as the "**Pat & Oscar's Companies**");

**WHEREAS,** the Sole Member has previously retained the law firm of Sulmeyer Kupetz, a Professional Corporation ("**SulmeyerKupetz**"), as its insolvency counsel for the purpose of assisting in the evaluation of insolvency issues and alternatives for the Pat & Oscar's Companies;

**WHEREAS,** the Sole Member now desires to commence a Chapter 7 bankruptcy case for the Company and desires to continue to retain SulmeyerKupetz in connection with this matter;

**NOW, THEREFORE, BE IT RESOLVED,** that in the judgment of the Sole Member of the Company, it is desirable and in the best interests of the Company and its creditors that a voluntary petition (the "**Chapter 7 Petition**") be filed by the Company in the United States Bankruptcy Court for the Central District of California, Santa Ana Division, commencing a case (the "**Chapter 7 Case**") under Chapter 7 of the United States Bankruptcy Code; and it is

**FURTHER RESOLVED,** that the chief executive officer (the "**CEO**") of the Company and any authorized officer of the Company (the "**Appropriate Agents**") are hereby authorized to execute, or cause to be executed under such officer's authority, in the name and on behalf of the Company, all pleadings and documents in connection with the Company's Chapter 7 Case that are necessary or appropriate to the commencement and successful prosecution of the Chapter 7 Case, including, without limitation, the Chapter 7 Petition; and it is

**FURTHER RESOLVED,** that the Appropriate Agents are hereby authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to deliver all necessary documents on behalf of the Company in connection with the Chapter 7 Case; and it is

**FURTHER RESOLVED**, that the Company is authorized and directed to continue to retain SulmeyerKupetz to represent the Company as general bankruptcy counsel in the Chapter 7 Case and any transactions deriving therefrom; and it is

**FURTHER RESOLVED**, that the Company is authorized to retain and employ such other professionals as are needed to assist the Company in the Chapter 7 Case and any transactions deriving therefrom, and to take all necessary actions in connection therewith and on such terms as are deemed by the CEO as necessary, proper and desirable; and it is

**FURTHER RESOLVED**, that the Appropriate Agents are authorized to take any and all further actions and to execute and deliver any and all further instruments and documents and to pay all expenses, in each case as in the Appropriate Agents' judgment shall be necessary or desirable in order to fully carry out the intent and accomplish the purpose of the resolutions adopted herein; and it is

**FURTHER RESOLVED**, that this Written Consent may be executed in counterparts, each of which shall be deemed an original, and all of which shall constitute one and the same document; and it is

**FURTHER RESOLVED**, that all acts and things previously done by any of the Appropriate Agents of the Company, on or prior to the date hereof, in the name and on behalf of the Company, in connection with the Chapter 7 Case, are in all respects ratified, approved, confirmed and adopted as the acts and deeds by and on behalf of the Company.

*[Remainder of page intentionally left blank]*

**IN WITNESS WHEREOF**, the undersigned have executed this Action By Written Consent as of the date set forth below.

Date: September 20, 2011          **P&O Holding Corp.,** a Delaware corporation

By: _____

Its: _____ PRESIDENT & CEO

**SOLE MEMBER OF THE COMPANY**

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    None

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    N/A

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    None

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    N/A

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at   Buena Park _____ , California.        /s/ John Kaufman _____

Dated   September 21, 2011 _____                     John Kaufman
                                                               *Debtor*


                                                               _____

                                                               *Joint Debtor*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

# United States Bankruptcy Court
## Central District of California

In re    FFPE, LLC, a Delaware Limited Liability Company        Case No. _____

                                 Debtor

                                                                Chapter _____ 7 _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 331,459.97 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 1,067,419.54 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 5 | | 797,281.46 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 64 | | 2,237,715.70 | |
| G - Executory Contracts and Unexpired Leases | Yes | 3 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 80 | | | |
| Total Assets | | | 331,459.97 | | |
| Total Liabilities | | | | 4,102,416.70 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Central District of California

In re   FFPE, LLC, a Delaware Limited Liability Company              Case No. _____

                                            Debtor

Chapter _____ 7

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re     FFPE, LLC, a Delaware Limited Liability Company         Case No. _____

                                              Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| See list of Debtor's non-residential real property leases on Schedule G | | - | 0.00 | 0.00 |

| | | |
|---|---|---|
| Sub-Total > | 0.00 | (Total of this page) |
| Total > | 0.00 | |

   __0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re   FFPE, LLC, a Delaware Limited Liability Company                          Case No. _____
                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | Petty Cash in Restaurants<br>Temecula        $1,800.00<br>Parkway Plaza    2,400.00<br>Plaza Camino Real  1,800.00 | - | 6,000.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | See attached Rider to Schedule B-2<br><br>Union Bank Restricted Account for P&O Collateral for ICW Group Insurance LOC | -<br><br>- | 10,609.10<br><br>147,674.60 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | See Attached Rider to Schedule B-3 | - | 118,138.43 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

|  | Sub-Total ><br>(Total of this page) | 282,422.13 |
|---|---|---|

  3   continuation sheets attached to the Schedule of Personal Property

**FFPE, LLC, a Delaware Limited Liability Company**

### Rider to Schedule B-2

The following accounts (the "Accounts") were opened  on August 19 and 25, 2011 at

City National Bank
(Emil Sargisyan), Senion Personal Banking Officer
400 North Roxbury Drive
Beverly Hills, CA  90210

The Accounts were opened in the name of P&O Development, LLC, at City
National Bank, with funds from FFPE, LLC, and are used by and for FFPE, LLC.

| Type of Account | Acct No. | Current Balance | |
|---|---|---|---|
| General Fund | 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 | 5,179.39 | |
| Payroll Account | 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 | 3,734.48 | |
| Payroll Tax Account | 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 | 0.00 | |
| Temecula | 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 | 796.49 | |
| Parkway Plaza | 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 | 482.97 | |
| Plaza Camino Real | 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 | 217.14 | |
| P&O Development | 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 | 198.72 | |
| P&O Production - Marketing | 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 | 0.00 | |
| | | | |
| Union Bank | 4000155816 | 147,674.60 | balance as of 9-07-10 |

**Rider to Schedule B-3**
**SECURITY DEPOSITS - RENT**

| Restaurant | Item | Amount | Date |
|---|---|---|---|
| Carmel Mountain Ranch | Deposit to Sudberry Properties 11/18/98 | $11,700.00 | 4/27/08 |
| Mission Valley | 1995 Deposit to Sudberry Properties | $8,544.10 | 4/27/08 |
| Mission Valley | 2005 Amendment to Lease Additional Amount | $6,557.10 | 8/22/07 |
| Irvine | Security Deposit - Irvine Retail Properties | $16,635.00 | 4/27/08 |
| Orange | Deposit to EPIPD Town & Country 9/30/99 | $13,385.00 | 4/27/08 |
| Mira Mesa | Mira Mesa Marketplace | $13,948.98 | 2/9/09 |
| Eastlake | Deposit Village Walk at Eastlake | $28,475.00 | 4/27/08 |
| Corporate Office | Arden Realty Limited Partnership | $18,893.25 | 8/1/08 |
| | **Total** | **$118,138.43** | |

B6B (Official Form 6B) (12/07) - Cont.

In re    FFPE, LLC, a Delaware Limited Liability Company    Case No. _____
_____,
Debtor

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | 100% interest in P&O Development, LLC | - | Unknown |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | See Attached Rider to Schedule B-16 | - | 292,607.97 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >    292,607.97
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

| Customer Name | hent Number | ument cument D | hal Trx Ar | Current Trx Amount |
|---|---|---|---|---|
| DJO Total | | | | $272.81 |
| P&O DEVELOPMENT - PRODUCTION Total | | | | $11,818.13 |
| COSTCO WHOLESALE Total | | | | $1,750.00 |
| TRUXTON'S AMERICAN BISTRO Total | | | | $4,111.87 |
| | | | | |
| TOTAL AR DUE FFPE LLC | | | | $17,952.81 |

SOURCE:                              9-6-11 Great Plains system

B6B (Official Form 6B) (12/07) - Cont.

In re    FFPE, LLC, a Delaware Limited Liability Company    Case No. _____

_____,
Debtor

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | Trademark Licensing Agreement for non-exclusive license of an indefinite term, dated 9/4/2007 between FFPE, LLC and P&O Development, LLC of Pat & Oscars Network marks for use by FFPE. The Debtor receives payments for royalty rights to the Intellectual Property. In turn, since February of 2007, P&O Development LLC has entered into franchise agreements with several third parties (the "Franchisee(s)"). Pursuant to such agreements, the P&O Development grants the Franchisees through a "Franchise Disclosure Document" the rights to use the IP in connection with their operation of certain Pat & Oscar's restaurant locations. The FDD governs the franchisor/franchisee relationships. The Franchisees in turn pay the Development Company a percentage of their revenue for the use of the IP and all operational material. | - | Unknown |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | See Attached State of California ABC Liquor License, Type 41, On-Sale Beer and Wine, expires 1/31/2012 | - | Unknown |
| | | Franchises: As of the Petition Date, there were 14 Pat & Oscar's locations still in operation. Of these 14 locations, nine are franchisee-owned and operated (the "Franchise Restaurants"), three are Debtor-owned and operated, and an additional two locations are in escrow to become franchise locations (the "Escrowed Restaurants"). The Debtor has no interest in the Franchise Restaurants; however, the Debtor is a party to the leases for these Franchise Restaurants. As for the Escrowed Restaurants, the escrows have not closed because the Debtor has been unable to obtain the consent of two its secured lenders - Sysco and the State Board of Equalization - consenting to the free and clear sale. See Rider to Schedule B-23(i) for a complete list of the Debtor's franchised restaurants. | - | Unknown |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | The Debtor leases seven (7) 2007 Chevrolet Uplander Vans from Enterprise Leasing. See Attached Rider to Schedule B-25 with list of vehicles. | - | 0.00 |
| 26. Boats, motors, and accessories. | X | | | |

Sub-Total >    0.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

**FFPE, LLC, a Delaware Limited Liability Company**

**Rider to Schedule B-23 - Liquor License**

# STATE OF CALIFORNIA
## DEPARTMENT OF ALCOHOLIC BEVERAGE CONTROL
## ALCOHOLIC BEVERAGE LICENSE
ON-SALE BEER AND WINE - EATING PLACE

## VALID FROM

Feb 01, 2011

FFPE LLC
1959 PALOMAR OAKS WAY
STE 300
CARLSBAD, CA 92011

## EXPIRES

Jan 31, 2012

## TYPE NUMBER DUP

41    381649

AREA CODE

3701  09

BUSINESS ADDRESS
(IF DIFFERENT)

DBA: PAT & OSCARS 2013
2525 EL CAMINO REAL
STE 105
CARLSBAD, CA 92008

OWNERS:    FFPE LLC

RENEWAL

CONDITIONS

7



## IMPORTANT INFORMATION

EFFECTIVE PERIOD  This license is effective only for the operating period shown above.  A new license will be sent to you within 30 days of the expiration date on your license if payment is timely.

POSTING  Cover this license with glass or other transparent material and post it on premises in a conspicuous place.

RENEWAL NOTICES  Renewal notices are sent to premises address unless a specific mailing address is requested.  If a notice is not received 30 days before expiration date shown above, contact the nearest ABC office.  To assure receipt of notices, advise your local ABC office of any change in address.

RENEWAL DATES  It is the licensee's responsibility to pay the required renewal fee by the expiration date shown above.
A Penalty is charged for late renewal and the license can be automatically revoked for failure to pay.

SEASONAL LICENSES  It is the licensee's responsibility to pay the required renewal fee prior to the next operating period.

CONDITIONS  A copy of all applicable conditions must be kept on premises.

LICENSEE NAME  Only 10 names will be printed on each license.  If there are more names associated with the license, they will be indicated by "AND XX OTHERS".  All names are on file and available upon request from your local ABC office.

DBA  If you change your business name please notify your local ABC office.

If you have any questions regarding this license, contact your local ABC office.

NOTE:  CONTACT YOUR LOCAL ABC OFFICE IF YOUR LICENSED PREMISES WILL BE TEMPORARILY CLOSED FOR MORE THAN 15 DAYS OR WILL BE PERMANENTLY CLOSED.

License Serial#    94019

**FFPE, LLC, a Delaware Limited Liability Company**

Rider to Schedule B-23(i) -
List of Franchised Restaurants

| Name/Address of Franchisee | Location/Address of Restaurant |
|---|---|
| Casual Food Group<br>2731 Club Drive<br>Gilroy, CA  95020 | Franchisee of Eastlake Restaurant located at 872 Eastlake Parkway, Suite 510, Chula Vista, California 91914 |
| Casual Food Group<br>2731 Club Drive<br>Gilroy, CA  95020 | Franchisee of San Marcos Restaurant located at 127 South Las Posas Road, Suite 153, San Marcos, California 9209 |
| Dough Raisers, Inc,<br>2920 Calle Guadalajara<br>San Clememte, CA 92673 | Franchisee of San Bernardino Restaurant located at 690 E. Hospitality Lane, San Bernardino, California 92408 |
| Dough Raisers, Inc.<br>2920 Calle Guadalajara<br>San Clememte, CA 92673 | Franchisee of Buena Park Restaurant located at 8386 La Palma Avenue, Buena Park, California 90260 |
| M&M Restaurant Holding, LLC<br>14219 Kendra Way<br>Ramona, CA 92065 | Franchisee of Carmel Mountain Ranch Restaurant located at 12045 Carmel Mountain Road, San Diego, California 91218 |
| Mira Mesa, LP<br>16581 Road To Rio<br>San Diego, CA  97127 | Franchisee of Mira Mesa Restaurant located at 10763 Westview Parkway, San Diego, California 92126 |
| Mission Valley, LP<br>16581 Road To Rio<br>San Diego, CA  97127 | Franchisee of Mission Valley Restaurant located at 8590 San Diego Drive, San Diego, California 92108 |
| Plaza Bonita P&O, LP<br>16581 Road To Rio<br>San Diego, CA  97127 | Franchisee of Plaza Bonita Restaurant located at 3030 Plaza Bonita Road, suite 1106, National City, California 91950 |
| R K & R United, LP<br>2920 Calle Guadalajara<br>San Clememte, CA 92673 | Franchisee of Palm Desert Restaurant located at 72840 Hwy 111, # W465, Palm Desert, California 92260 |
| Tricam, Inc.<br>4089 Genoa Drive<br>Las Vegas, NV 89141 | Franchisee of Orange Town Center Restaurant located at 763 S. Main Street, Suite 200 A&B, Orange, California 92868 |
| Tricam, Inc.<br>4089 Genoa Drive<br>Las Vegas, NV 89141 | Franchisee of South Coast Metro Restaurant located at 3811 S. Bristol Street, Santa Ana, California 928704 |

# Rider to Schedule B-25
## List of Leased Vehicles

Note: All vehicles are 2007 Chevrolet Uplander front-wheel drive vans

| Customer Vehicle ID | Unit Number | VIN (last 6) | Driver | Mos. In Svc. | Mos. Paid | Delivered Price ($) | Rent ($) | Use Tax ($) | Lease Chg. ($) | Lic./ Tax ($) | Svc. Chg. ($) | Reduced Book Value* ($) | Contract Mileage | Last Mileage | Mileage Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 76004 | LA9D16 | 121202 | VEHICLE TEMECULA | 60 | 59 | 15,586.13 | 349.83 | 25.16 | 90.88 | 0.00 | 300.00 | 1,830.84 | 75000 | 0 | none |
| 76006 | LA4J06 | 160911 | VEHICLE PARKWAY PLAZA | 55 | 54 | 15,686.13 | 355.34 | 28.59 | 91.46 | 0.00 | 300.00 | 3,350.60 | 75000 | 6553 | 4/22/2008 |
| 76011 | LA4J04 | 161306 | VEHICLE CARLSBAD | 55 | 54 | 15,686.13 | 352.07 | 25.32 | 91.46 | 0.00 | 300.00 | 3,350.59 | 75000 | | 11/22/2009 |
| 76013 | LA9D20 | 121783 | VEHICLE PLAZ | 60 | 59 | 15,586.13 | 349.83 | 25.16 | 90.88 | 0.00 | 300.00 | 1,819.81 | 75000 | 1 | 10/9/2009 |
| 76017 | LA9D28 | 121653 | VEHICLE PARKWAY PLAZA | 60 | 59 | 15,586.13 | 353.08 | 28.41 | 90.88 | 0.00 | 300.00 | 1,836.88 | 75000 | 16114 | 10/9/2009 |
| 76022 | LA9D23 | 119942 | VEHICLE BUENA PARK | 60 | 59 | 15,586.13 | 349.83 | 25.16 | 90.88 | 0.00 | 300.00 | 1,836.21 | 75000 | 11000 | 4/22/2008 |
| 76027 | LA3J01 | 156088 | SAN MARCOS VEHICLE (@ PCR) | 55 | 54 | 15,686.13 | 355.34 | 28.59 | 91.46 | 0.00 | 300.00 | 3,350.60 | 75000 | 11781 | 2/28/2008 |

B6B (Official Form 6B) (12/07) - Cont.

In re   FFPE, LLC, a Delaware Limited Liability Company                              Case No. _____
                                                  Debtor

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | To be submitted under separate cover | - | Unknown |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | See Attached Rider B-29 | - | Unknown |
| 30. Inventory. | | Food Inventory:  See Attached Rider B-30 | - | 31,085.03 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | The Debtor owns and runs three restaurants, the Parkway Plaza Restaurant, the Plaza Camino Real Restaurant and the Temecula Restaurant.  These Restaurants are in escrow to be sold to their franchisors.  The Debtor believes that each of the Restaurants will sell, as a going concern, for between $150,000 to $450,000. | - | Unknown |

|  | Sub-Total > | 31,085.03 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 606,115.13 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

**FFPE, LLC, a Delaware Limited Liability Company**

**Rider to Schedule B-29**
**Inventory of Machinery, Equipment and Supplies**

| ITEM | DESCRIPTION | List Price |
|---|---|---|
| 1. | **AIR CURTAIN** | 497.00 |
| | BERNER #ASR-1-42 W/MICROSWITCH, 120V | |
| 2. | **PREP TABLE (SHEETING)** | 690.00 |
| | CUSTOM S/S | |
| 3. | **OVERSHELVES (SHEETING)** | 720.00 |
| | CUSTOM S/S | |
| 7. | **VERTICAL CUTTER/MIXER** | 14,565.00 |
| | BERKEL #VCM44A/1 W/KNEAD MIX SHAFT & KNIFE SHAFT HOLDING PLUG, 208V, 3 PHASE | |
| 8. | **FLOOR TROUGH (MIXER)** | 1,025.00 |
| 9. | **PREP TABLE W/SINK (SLICER)** | 1,190.00 |
| | CUSTOM S/S | |
| 10. | **FAUCET (SLICER SINK)** | 78.00 |
| | FISHER #3251 | |
| 11. | **SLICER** | 3,415.00 |
| | BERKEL #X13A 115V | |
| 12. | **MOBILE CAN RACK** | 561.00 |
| | NEW AGE #1250CK | |
| 13. | **STORAGE SHELVING** | 1,640.00 |
| | METRO (16) 1836BR SHELVES (8) 1842BR SHELVES (8) 1848BR SHELVES (8) 1854BR SHELVES (40) 74" POSTS | |
| 18. | **EXHAUST HOOD** | 975.00 |
| | CAPTIVE AIRE #5124-ND | |
| 18A. | **ELECTRICAL SYSTEM FOR EXHAUST HOODS** | 665.00 |
| | CAPTIVE AIRE #33111000 | |
| 21. | **WALL FLASHING** | 580.00 |
| | CUSTOM S/S | |
| 22. | **DOUBLE STACK CONVECTION OVEN** | 11,530.00 |
| | BLODGETT #DFG200 W/RESTRAINING CABLE | |
| 24. | **CAN OPENER** | 286.00 |
| | EDLUND #S-11 | |
| 25. | **DOUGH ROLLER** | 3,037.00 |
| | ANETS #SDR-4 | |
| 26. | **PREP TABLE W/SINK (MEATS)** | 1,845.00 |
| | CUSTOM S/S | |
| 27. | **OVERSHELVES (MEAT)** | 1,340.00 |
| | CUSTOM S/S | |
| 29. | **FAUCET (MEAT)** | 78.00 |
| | FISHER #3251 | |
| 33. | **CORNER GUARDS & CAPS (48" HIGH)** | 1,190.00 |
| | CUSTOM S/S | |
| 34. | **WALK-IN COOLER** | 14,205.00 |
| | CUSTOM PACIFIC | |
| 36. | **TRANSPORT CARTS** METRO #RE1/RE3 | 2,163.00 |
| | (7) 38 PAN CART (7) 20 PAN CART | |
| 38. | **WALK-IN SHELVING** | 2,267.00 |

| ITEM | DESCRIPTION | List Price |
|------|-------------|-----------|
| | METRO | |
| | (4) 1836NK3 SHELVES | |
| | (16) 1848NK3 SHELVES | |
| | (4) 1854NK3 SHELVES | |
| | (16) 1860NK3 SHELVES | |
| | (40) 74" POSTS | |
| 39. | HAND SINK W/SOAP & TOWEL DISPENSER | 3,172.00 |
| | UNIVERSAL STAINLESS #FMHS-1412 | |
| | W/L & R SPLASH GUARD | |
| 43. | SOAP & CHEMICAL SHELF | 180.00 |
| | CUSTOM S/S | |
| 45. | DISH AREA WALL FLASHING | 2,225.00 |
| | CUSTOM S/S | |
| 47. | BOOSTER HEATER | 1,476.00 |
| | HATCO #C-30 | |
| | 208V, 3 PHASE | |
| 48. | SCULLERY SINK | 2,495.00 |
| | CUSTOM S/S | |
| 49. | POWER SOAK STATION | 8,193.00 |
| | METCRAFT #WI-42-SXS | |
| 50. | PRE-RINSE (POWER SOAK) | 168.00 |
| | FISHER #2110-WB | |
| 51. | POT/UTENSIL RACK (DISHMACHINE) | 231.00 |
| | CUSTOM S/S | |
| 52. | FAUCETS (POWERSOAK) | 397.00 |
| | FISHER #5412 | |
| 53. | CLEAN DISHTABLE ASSEMBLY | 535.00 |
| | CUSTOM S/S | |
| 54. | OVERSHELVES (POWERSOAK) | 1,065.00 |
| | CUSTOM S/S | |
| 56. | PANT-LEG DUCT | 1,240.00 |
| | CUSTOM S/S | |
| 59. | SOILED DISHTABLE ASSEMBLY | 1,725.00 |
| | CUSTOM S/S | |
| 60. | PRE-RINSE (DISHMACHINE) | 168.00 |
| | FISHER #2110-WB | |
| 61. | SORTING SHELF | 470.00 |
| | CUSTOM S/S | |
| 62. | FLOOR TROUGH (SCULLERY/DISHWASHING) | 1,345.00 |
| 70. | ICE MACHINE CONDENSER (REMOTE) | 953.00 |
| | MANITOWOC #JC-1395 | |
| | 208V, 1 PHASE | |
| 71. | FLOOR TROUGH (ICE MACHINE) | 1,395.00 |
| 72. | ICE MACHINE (REMOTE) | 4,108.00 |
| | MANITOWOC #QY-1694N | |
| | 208-230V, 3 PHASE | |
| 73. | ICE BIN | 2,335.00 |
| | FOLLETT #SG1300-48 | |
| 79. | DISH RACKS | 562.00 |
| | METRO POLY ERECTA | |
| | POLYERECTA | |
| | (4) Q2242G2 SHELVES | |
| | (4) Q2230G2 SHELVES | |
| | (8) Q74P POSTS | |
| 81. | SALAD/SANDWICH PREP TABLE | 2,385.00 |
| | TRUE #TSSU-60-24M-B | |
| | 120V | |

| ITEM | DESCRIPTION | List Price |
|------|-------------|-----------:|
| 83. | **HEATED CABINET** | 4,065.00 |
| | WINSTON #HA4522 | |
| 84. | **MICROWAVE** | 1,525.00 |
| | PANASONIC #NE1257 | |
| | 120V | |
| 85. | **SALAD/SANDWICH PREP TABLE** | 3,862.00 |
| | TRUE #TSSU-36-12MB | |
| | 120V | |
| 86. | **OVERSHELVES (SALAD/SANDWICH TABLE)** | 370.00 |
| | CUSTOM S/S | |
| 87. | **WARMER DRAWER CABINET** | 770.00 |
| | CUSTOM S/S | |
| 88. | **WARMER DRAWER** | 1,321.00 |
| | WELLS #RWN26 | |
| | 120V | |
| 90. | **HOLDING CABINET** | 12,915.00 |
| | ALTO-SHAAM #1000-TH-II | |
| | 120V (1) HINGED LEFT & (1) HINGED RIGHT | |
| 93. | **OVERSHELVES (SALAD)** | 590.00 |
| | CUSTOM S/S | |
| 94. | **TICKET RAILS** | 169.00 |
| | SAN JAMAR #CK6536A & CK6548A | |
| 95. | **EXHAUST HOOD (PASTA)** | 1,355.00 |
| | CAPTIVE AIRE #4824ND-PSP-F | |
| 98. | **FIRE SYSTEM** | 3,210.00 |
| | CUSTOM ANSUL | |
| 99. | **WALL FLASHING @ PASTA LINE** | 695.00 |
| | CUSTOM S/S | |
| 101. | **BAIN MARIE** | 1,039.00 |
| | WELLS #HT-300AF | |
| | 208V, 1 PHASE | |
| 102. | **SOUP & PASTA WELL INSERT TRIVET** | 240.00 |
| | CUSTOM S/S | |
| 103. | **OVERSHELF (PASTA COUNTER)** | 220.00 |
| | CUSTOM S/S | |
| 104. | **PASTA COOKER** | 5,538.00 |
| | KEATING #18PASTA | |
| 106. | **PASTA COOKER DRAIN PIPE** | 240.00 |
| | CUSTOM S/S | |
| 109. | **PASTA REFRIGERATED BASE** | 3,468.00 |
| | SOUTHBEND #20036SB (SELF CONTAINED) | |
| | 120V | |
| 110. | **2 BURNER HOT PLATE** | 749.00 |
| | WOLF #AHP2-12 | |
| 111. | **EQUIPMENT STAND** | 1,095.00 |
| | CUSTOM S/S | |
| 112. | **PIZZA REFRIGERATED BASE** | 4,034.00 |
| | TRUE #TPP-93 | |
| | 120V | |
| 113. | **OVERSHELVES (PUT-IN TABLE)** | 590.00 |
| | CUSTOM S/S | |
| 114. | **TILTING KETTLE W/FAUCET** | 4,904.00 |
| | VULCAN #VEC6 | |
| | 208V, 3 PHASE | |
| 115. | **COLD PAN STAND** | 235.00 |
| | CUSTOM S/S | |
| 116. | **COLD PAN (COUNTERTOP)** | 1,040.00 |

| ITEM | DESCRIPTION | List Price |
|---|---|---|
| | APW WYOTT #CTW-43<br>120V | |
| 118. | **EXHAUST HOOD (CONVEYOR)** | 4,575.00 |
| | CAPTIVE AIRE #6624NDI-PSP-FSS | |
| 121. | **WALL FLASHING (CONVEYOR OVEN)** | 695.00 |
| | CUSTOM S/S | |
| 123. | **FRONT SERVICE COUNTER** | 13,265.00 |
| | CUSTOM S/S | |
| 124. | **OVER SHELF (TAKE-OUT WINDOW)** | 2,265.00 |
| | CUSTOM S/S | |
| 125. | **WALL MOUNTED OVERHEAD PIZZA BOX STORAGE SHELF** | 1,520.00 |
| | CUSTOM S/S | |
| 130. | **HEATLAMP W/LIGHT DISPLAY INF. CONTROL** | 364.00 |
| | HATCO #GRAL-84<br>208V, 1 PHASE | |
| 131. | **U/C REFRIGERATOR W/(2) GLASS DOORS, & LOCKS** | 3,075.00 |
| | BEVERAGE AIR #UCR-48A<br>120V | |
| 133. | **POTATO WEDGE WARMER** | 264.00 |
| | WELLS #SS-206-ULTD<br>208V, 1 PHASE | |
| 134. | **HEAT LAMP W/LIGHTS (POTATO)** | 146.00 |
| | HATCO #GRAL-18<br>120V | |
| 135. | **BREADSTICK WARMER INSERT** | 245.00 |
| | CUSTOM S/S | |
| 136. | **TRASH CAN** | 105.00 |
| | CUSTOM S/S | |
| 137. | **BREADSTICK WARMING CONTAINER (6" DEEP)** | 1,123.00 |
| | DELFIELD #8845<br>208V, 1 PHASE | |
| 138. | **BREADSTICK WARMING CONTAINER INSERT (6" DEEP)** | 240.00 |
| | CUSTOM S/S | |
| 139. | **HEAT LAMP W/LIGHTS (BREAD)** | 149.00 |
| | HATCO #GRAL-24<br>120V | |
| 143. | **SMALL BAG HOLDER** | 150.00 |
| | CUSTOM S/S | |
| 146. | **U/C REFRIGERATOR W/(2) GLASS DOOR & LOCKS** | 3,075.00 |
| | BEVERAGE AIR #UCR48A<br>120V | |
| 147. | **BAG DISPENSERS (TO GO AREA)** | 285.00 |
| | CUSTOM S/S | |
| 148. | **BAG DISPENSER** | 380.00 |
| | CUSTOM S/S | |
| 153. | **ICE PAN** | 661.00 |
| | RANDELL #9728IC | |
| 168. | **CONDIMENT HOLDER (BEVERAGE COUNTER)** | 430.00 |
| | CUSTOM S/S | |
| 175. | **TRASH RECEPTACLES** | 105.00 |
| | CUSTOM S/S | |
| 180. | **NAPKIN DISPENSERS** | 255.00 |
| | TRAEX #6525 | |
| 191. | **WALK-IN COOLER COMPRESSOR** | 5,589.00 |

| ITEM | DESCRIPTION | List Price |
|------|-------------|-----------|
| | CUSTOM 120/230, 3 PHASE | |
| 193. | **8" X 8" BEVERAGE LINE CHASE** | 255.00 |
| 195. | **BOOSTER HEATER SHELF** | 215.00 |
| | CUSTOM S/S | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**FFPE, LLC, a Delaware Limited Liability Company**

### Rider to Schedule B-30

| | Temecula | Parkway Plaza | Plaza Camino Real | Total |
|---|---|---|---|---|
| INVENTORY - FOOD | 6,571.47 | 8,226.62 | 3,993.34 | 18,791.43 |
| INVENTORY - BEVERAGE | 1,318.76 | 1,794.00 | 2,055.76 | 5,168.52 |
| INVENTORY - PAPER | 1,341.84 | 2,147.72 | 1,160.87 | 4,650.43 |
| INVENTORY - KITCHEN SUPPLIES | 190.17 | 706.25 | 187.92 | 1,084.34 |
| INVENTORY - CHEMICALS | 354.40 | 448.09 | 588.72 | 1,391.21 |
| **TOTAL INVENTORY** | $ 9,776.64 | $ 13,322.68 | $ 7,986.61 | $ 31,085.93 |

B6B (Official Form 6B) (12/07) - Cont.

In re   FFPE, LLC, a Delaware Limited Liability Company                    Case No. _____
_____
                                      Debtor

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | To be submitted under separate cover | - | Unknown |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | See Attached Rider B-29 | - | Unknown |
| 30. Inventory. | | Food Inventory:  See Attached Rider B-30 | - | 31,085.03 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | The Debtor owns and runs three restaurants, the Parkway Plaza Restaurant, the Plaza Camino Real Restaurant and the Temecula Restaurant.  These Restaurants are in escrow to be sold to their franchisors.  The Debtor believes that each of the Restaurants will sell, as a going concern, for between $150,000 to $450,000. | - | Unknown |

|  | Sub-Total > | 31,085.03 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 331,459.97 |

Sheet  3  of  3  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re __FFPE, LLC, a Delaware Limited Liability Company_____,     Case No. _____
                                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| **Account No.**<br><br>John Kaufman<br>5619 Canterbury Dr<br>Culver City, CA 90230 | | | | - | 10/25/10<br><br>UCC-1 Lien<br><br>Value $        Unknown | | | | 423,990.00 | 0.00 |
| **Account No.**<br><br>Pentech Financial Services, Inc.<br>920 E. Hamilton Avenue<br>Suite 400<br>Campbell, CA 95008 | | | | - | July 13, 2007<br><br>UCC-1 Lien<br><br>Equipment<br><br>Value $        0.00 | | | | Unknown | Unknown |
| **Account No.**<br><br>Strategic Funding Source, Inc.<br>1501 Broadway<br>Suite 360<br>New York, NY 10036 | X | | | - | April 28, 2011<br><br>UCC-1 Lien<br><br>Blanket Lien<br><br>Value $        0.00 | | | | Unknown | Unknown |
| **Account No.**<br><br>Sysco Food Services of San Diego<br>Post Office Box 509101<br>San Diego, CA 92150-9101 | | | | - | April 10, 2007<br><br>UCC-1 Lien<br><br>Blanket Lien<br><br>Value $        0.00 | | | | 643,429.54 | 643,429.54 |
| _1_ continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | | | 1,067,419.54 | 643,429.54 |

B6D (Official Form 6D) (12/07) - Cont.

In re    FFPE, LLC, a Delaware Limited Liability Company            Case No. _____
                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| **Account No.** | | | | | Sysco Food Services of San Diego Notice Only | | | | | |
| Trey A. Monsour, Esq. Haynes & Boone, LLP 2323 Victory Avenue Suite 700 Dallas, TX 75219 | - | | | | | | | | | |
| | | | | | Value $            0.00 | | | | 0.00 | 0.00 |
| **Account No.** | | | | | December 19, 2008 | | | | | |
| Worldwide Restaurant Concepts 6191 West Centinela Avenue Suite 300 Culver City, CA 90230 | - | | | | UCC-1 Lien<br><br>Blanket lien on 7 restaurants | | | X | | |
| | | | | | Value $            0.00 | | | | Unknown | Unknown |
| **Account No.** | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| **Account No.** | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| **Account No.** | | | | | | | | | | |
| | | | | | Value $ | | | | | |

Sheet  1  of  1   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 0.00 | 0.00 |
| Total (Report on Summary of Schedules) | 1,067,419.54 | 643,429.54 |

B6E (Official Form 6E) (4/10)

In re   FFPE, LLC, a Delaware Limited Liability Company                                    Case No. _____
                                                                                    ,
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

■ **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

---

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

                            4      continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re    FFPE, LLC, a Delaware Limited Liability Company                         Case No. _____
                                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Deposits by individuals

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Compensation Cards (Dough Cards) | | - | Outstanding Value of "Dough Cards" | | | | Unknown | Unknown<br><br>Unknown |
| Account No.<br><br>Costco Card Redemptions | | - | From Inception through 8/30/11 | | | | Unknown | Unknown<br><br>Unknown |
| Account No.<br><br>Pat & Oscar's Gift Cards | | - | Outstanding Value of Gift Cards | | | | Unknown | Unknown<br><br>Unknown |
| Account No.<br><br> | | | | | | | | |
| Account No.<br><br> | | | | | | | | |

Sheet _1_ of _4_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

0.00

0.00    0.00

B6E (Official Form 6E) (4/10) - Cont.

In re **FFPE, LLC, a Delaware Limited Liability Company** Case No. _____
_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Taxes | | | | | |
| City of Carlsbad 1635 Faraday Ave Carlsbad, CA 92008-7314 | - | | | | | | 702.41 | 0.00 / 702.41 |
| Account No. | | | Taxes | | | | | |
| County of Los Angeles Tax Collector 225 N Hiss St., Rm 122 PO Box 514818 Los Angeles, CA 90051-4818 | - | | | | | | 20,293.17 | 0.00 / 20,293.17 |
| Account No. | | | Taxes | | | | | |
| County of San Diego Dept of Environmental Health PO Box 129261 San Diego, CA 92112-9267 | - | | | | | | 1,716.00 | 0.00 / 1,716.00 |
| Account No. | | | Taxes | | | | | |
| Employment Development Dept Bankruptcy Group - MIC 92E PO Box 826880 Sacramento, CA 92480-0001 | - | | | | | | 23,581.01 | 23,581.01 / 0.00 |
| Account No. | | | Notice Only | | | | | |
| Franchise Tax Board Bankruptcy Section MS: A-340 PO Box 2952 Sacramento, CA 95812-2952 | - | | | | | | 0.00 | 0.00 / 0.00 |

Sheet __2__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page) — 46,292.59 — 23,581.01 / 22,711.58

B6E (Official Form 6E) (4/10) - Cont.

In re  **FFPE, LLC, a Delaware Limited Liability Company**                              Case No. _____
                                                              Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| **Account No.** | | | | | | | | |
| Internal Revenue Service Post Office Box 7346 Philadelphia, PA 19101-7346 | - | | | | | | Unknown | Unknown / Unknown |
| **Account No.** | | | Taxes | | | | | |
| Orange County Tax Collector PO Bos 1438 Santa Ana, CA 92702-1438 | - | | | | | | 14,181.30 | 0.00 / 14,181.30 |
| **Account No.** | | | Taxes | | | | | |
| Riverside County Treasurer Tax Collector Don Kent, Treasurer PO Box 12005 Riverside, CA 92502-2205 | - | | | | | | 24,110.25 | 0.00 / 24,110.25 |
| **Account No.** | | | Taxes | | | | | |
| San Diego County Tax Collector Attn:  William R Jernigan 1600 Pacific Hwy, # 162 San Diego, CA 92101 | - | | | | | | 67,369.36 | 0.00 / 67,369.36 |
| **Account No.** | | | Taxes | | | | | |
| San Diego County Treasurer Tax Collector PO Box 12009 San Diego, CA 92112 | - | | | | | | 21,215.33 | 0.00 / 21,215.33 |

Sheet __3__ of __4__ continuation sheets attached to          Subtotal          0.00
Schedule of Creditors Holding Unsecured Priority Claims       (Total of this page)      126,876.24     126,876.24

B6E (Official Form 6E) (4/10) - Cont.

In re    FFPE, LLC, a Delaware Limited Liability Company                    Case No. _____
                                                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C — Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| **Account No.** <br><br>State Board of Equalization<br>Special Operations - MIC 55<br>PO Box 94289<br>Sacramento, CA 92279-7115 | - | | Notice Only | | | | <br><br>0.00 | 0.00 <br><br>0.00 |
| **Account No.** xx xxx xxxxx1341 <br><br>State Board of Equalization<br>1350 Front Street, Suite 5047<br>San Diego, CA 92101-3698 | - | | 2/21/2010 - 6/30/2011 | | | | <br><br>623,762.63 | 102,581.10 <br><br>521,181.53 |
| **Account No.** <br><br>State of California<br>Alcoholic Beverage Control<br>3927 Lennane Dr, Ste 100<br>Sacramento, CA 95834 | - | | Liquor License Fees | | | | <br><br>350.00 | 0.00 <br><br>350.00 |
| **Account No.** <br><br> | | | | | | | | |
| **Account No.** <br><br> | | | | | | | | |

Sheet __4__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 624,112.63 | 102,581.10 / 521,531.53 |
| Total (Report on Summary of Schedules) | 1,563,281.46 | 126,162.11 / 887,119.35 |