Weneta M.A. Kosmala
**c/o LAW OFFICES OF WENETA M.A. KOSMALA**
3 MacArthur Place, Suite 760
Santa Ana, CA 92707
Telephone:    (714) 540-3600
Facsimile:    (714) 708-0666
E-mail:      wkosmala@kosmalalaw.com

Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re | ) Case No. 8:11-bk-23246-ES |
| | ) |
| | ) Chapter 7 |
| **FFPE, LLC, dba PAT & OSCAR'S,** | ) |
| | ) **MOTION FOR ORDER AUTHORIZING** |
| Debtor(s). | ) **IMMEDIATE ABANDONMENT OF** |
| | ) **PERSONAL PROPERTY RELATED TO** |
| | ) **THREE RESTAURANT OPERATIONS** |
| | ) **AND REJECTION OF COMMERCIAL** |
| | ) **REAL PROPERTY AND VEHICLE** |
| | ) **LEASES ASSOCIATED WITH SAID** |
| | ) **OPERATIONS; MEMORANDUM OF** |
| | ) **POINTS AND AUTHORITIES;** |
| | ) **DECLARATION OF WENETA M.A.** |
| | ) **KOSMALA IN SUPPORT THEREOF** |
| | ) |
| | ) **[Hearing to be set by Court pursuant to** |
| | ) **Local Bankruptcy Rule 9075-1(a)]** |
| | ) |

**TO THE HONORABLE ERITHE A. SMITH, UNITED STATES BANKRUPTCY**

**JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE; AND ALL**

**INTERESTED PARTIES:**

Weneta M.A. Kosmala ("Trustee"), Chapter 7 Trustee of the bankruptcy estate of FFPE,

LLC ("Debtor"), moves the Court for and Order:

///

1.     Authorizing the abandonment of personal property of the Debtor associated with the operation of three restaurants (described below), including furniture, fixtures, equipment, inventory and foodstuffs. A true and correct copy of the personal property to be abandoned is attached as Exhibit "A" to the Declaration of Weneta M.A. Kosmala.

2.     Authorizing the rejection of commercial real property leases associated with those three restaurants, as follows:

**Temecula:**
Landlord:
    H and H – El Cajon
    4350 La Jolla Village Drive, Suite 400
    San Diego, CA  92122

Property address:
29375 Rancho California Road
Temecula, CA 92591

**Parkway Plaza:**
Landlord:
    Parkway Plaza, LLC
    File No. 55717
    Los Angeles, CA  90074-5717

Property address:
375 Parkway Plaza
El Cajon, CA  92020

**Plaza Camino Real:**
Landlord:
    Plaza Camino Real Westfield
    11602 Wilshire Blvd., 12th Floor
    Los Angeles, CA  90025

Property address:
2525 El Camino Real, # 105
Carlsbad, CA  92008

3.     Authorizing the rejection of seven (7) vehicle leases with Enterprise Lease Services, Inc., covering vehicles described on Exhibit "B" to the Declaration of Weneta M.A. Kosmala.

This Motion is made under 11 U.S.C. § 554(a), on the basis that the personal property at issue is of inconsequential value in light of the liens on it, which exceed the value of the property, and is burdensome, in that there is no money to fund Chapter 7 operations, no means of funding the $90,000 payroll due on Friday, September 23, 2011 and insurance premiums of

1    $17,500 due on Monday, September 26, 2011; and under 11 U.S.C. § 363, on the basis that the

2    operations are incurring a loss, there are lease arrearages on the real property leases in excess of

3    $233,000 which would need to be brought current as a condition of the assumption, the vehicles

4    subject to the leases would need to be insured, and there are no funds to do so.

5        The Motion is based upon this Motion, the separate Notice of Motion, and the

6    incorporated Memorandum of Points and Authorities, the Declaration of Weneta M.A. Kosmala,

7    and the exhibits and attachments thereto, and such other and further evidence as the Court may

8    admit in connection with any hearing of this matter.

9        **PLEASE TAKE NOTICE** that Trustee is filing this Motion along with an Emergency

10   Application for Order Setting Hearing on an Emergency Basis ("Emergency Application"),

11   seeking a hearing on less than 48 hours notice under Local Bankruptcy Rule 9075-1(a).  Parties

12   in interest are advised to contact Trustee counsel using the contact information in the top left

13   corner of the first page of this document for the status of the hearing on this Motion.

14

15                                 Respectfully submitted,

16   Date:  September 23, 2011          /s/ Weneta M.A. Kosmala
                                         Weneta M.A. Kosmala
17                                       Chapter 7 Trustee

18

19

20

21

22

23

24

25

26

27

28

3

## MEMORANDUM OF POINTS AND AUTHORITIES

1.      This case was initiated by the filing of a Voluntary Petition on September 21, 2011.  Weneta M.A. Kosmala ("Trustee") is the duly authorized and acting Chapter 7 Trustee of the Debtor's bankruptcy estate.

2.      FFPE, LLC is a Delaware limited liability company which operates 14 restaurants under the name "Pat & Oscar's", 9 as franchises, 2 in pending escrows to be sold, and 3 company-run operations.  This motion relates to the 3 company-run restaurants, located at:

**Temecula:**
        Landlord:
                H and H – El Cajon
                4350 La Jolla Village Drive, Suite 400
                San Diego, CA  92122

        Property address:
        29375 Rancho California Road
        Temecula, CA 92591

**Parkway Plaza:**
        Landlord:
                Parkway Plaza, LLC
                File No. 55717
                Los Angeles, CA  90074-5717

        Property address:
        375 Parkway Plaza
        El Cajon, CA  92020

**Plaza Camino Real:**
        Landlord:
                Plaza Camino Real Westfield
                11602 Wilshire Blvd., 12th Floor
                Los Angeles, CA  90025

        Property address:
        2525 El Camino Real, # 105
        Carlsbad, CA  92008

3.      Trustee is advised that:

        a.      The company-owned restaurants operate out of leased premises.  There are lease arrearages of approximately $220,000.  September rent in the total amount of $74,000 has not been paid, and October rent will come due shortly.  In addition to lease payments, the Debtor has failed to pay real property taxes to the County of Riverside, which it was obligated to do

1    under the leases.  There are tax arrearages of $17,800, which would have to be brought current as

2    a condition of the assumption of the leases.

3              b.    As to the Temecula Property, the lease is month-to-month, but with an

4    option to renew for 1 to 5 years.  The monthly rent is approximately $40,000.  The Debtor has

5    missed the last monthly payment, due on September 14, 2011.  Additionally, the Debtor's check

6    for $17,000 for real property tax passthroughs bounced pre-petition.  Prior to the bankruptcy

7    filing, the landlord served a 3-day notice to pay rent or quit.  However, the bankruptcy petition

8    was filed prior to the expiration of the notice period.

9              c.    As to the Parkway Plaza Property, the lease is month-to-month, but with

10    an option to renew for 1 to 5 years.  Monthly rent is approximately $20,000, and the arrearages

11    are currently about $100,000.

12              d.    As to Plaza Camino Real, the arrearages are approximately $80,000.

13    Moveover, the landlord has commenced an unlawful detainer against the Debtor.  Under its

14    terms, the lease would have extended to November 2016.

15              e.    There are consensual and involuntary liens on the Debtor's personal

16    property, which far exceed any reasonable projection of the value of the personal property.  Most

17    significantly, Sysco Food Services of San Diego, Inc. holds a first position blanket UCC-1 in the

18    amount of $730,000 for unpaid food and related invoices; the State Board of Equalization holds a

19    lien for $650,000 for unpaid sales taxes.  In addition to not paying sales taxes, the Debtor has not

20    paid payroll taxes; it is unclear whether the taxing authorities have recorded liens for the

21    approximately $600,000 of unpaid payroll taxes.

22              f.    A payroll will be processed on Friday, September 23, 2011, in the

23    approximate amount of $90,000.  Funds on hand in the Debtor's accounts total less than $10,000.

24              g.    Insurance premiums for liability, property and worker's compensation

25    insurance in the amount of $17,500 will come due on Monday, September 26, 2011.  Again, the

26    Debtor has insufficient funds to pay these premiums.

27              h.    The Debtor has seven (7) leased vehicles.  A true and correct copy of the

28    description of the vehicles is attached as Exhibit "B" to the Declaration of Weneta M.A.

1    Kosmala.  Payments totaling $2,700 are due immediately to prevent repossession of the vehicles.

2    In addition, the vehicles would have to be insured.  Again, the Debtor has insufficient funds to

3    make these payments.

4        4.      Trustee's conclusion from the above is that, notwithstanding very optimistic

5    projections by the Debtor, the Debtor is unable to pay its rent, its payroll, its tax obligations, its

6    insurance – or even its current suppliers.

7        5.      Trustee has been advised that there is an interested buyer for these restaurant

8    operations.  However, no interested party – the prospective buyer, the Debtor's principals, the

9    first-position secured creditor – has been willing to infuse any cash whatsoever to even cover this

10   weekend's $100,000 shortfall ($90,000 of payroll, and insurance), much less the ongoing

11   operations.

12       6.      Therefore, Trustee seeks immediate authority:

13           a.      Authorizing the abandonment of personal property of the Debtor

14   associated with the operation of these three restaurants, including furniture, fixtures, equipment,

15   inventory and foodstuffs.  A true and correct copy of the personal property to be abandoned is

16   attached as Exhibit "A" to the Declaration of Weneta M.A. Kosmala.  The Debtor advised that

17   the liquidation value of the machinery, equipment and supplies is $6,000, and schedules the

18   inventory (including food supplies at cost) at $31,000, for a total value of $37,000, which is far

19   less than the total amount of the liens.

20           b.      Authorizing the rejection of commercial real property leases associated

21   with those three restaurants, as follows:

**Temecula:**
29375 Rancho California Road
Temecula, CA 92591

**Parkway Plaza:**
375 Parkway Plaza
El Cajon, CA  92020

**Plaza Camino Real:**
2525 El Camino Real  # 105
Carlsbad, CA  92008

1          c.      Authorizing the rejection of seven (7) vehicle leases with Enterprise Lease

2  Services, Inc., covering vehicles described on Exhibit "B" to the Declaration of Weneta M.A.

3  Kosmala.

4        4.     Based upon the foregoing, it is clear that the personal property is of

5  inconsequential value or benefit to the Estate, in light of the liens which exceed the value of the

6  personal property, and the continued operation of the business of the Debtor would be

7  burdensome to the Estate.  Therefore, abandonment is appropriate under 11 U.S.C. § 554(a).

8        5.     The significant arrearages create an apparently insurmountable obstacle to the

9  assumption and assignment of the leases.  Further, the Debtor's operations would not support the

10  current rent obligations.  Therefore, the rejection of the real property and vehicle leases is in the

11  best interests of the Estate under 11 U.S.C. § 363.

12

13                               Respectfully submitted,

14  Date:  September 23, 2011       /s/ Weneta M.A. Kosmala
                                  Weneta M.A. Kosmala

15                                    Chapter 7 Trustee

16

17

18

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF WENETA M.A. KOSMALA

I, Weneta M.A. Kosmala, declare as follows:

1.    I am the duly appointed and acting Chapter 7 Trustee of the bankruptcy estate of FFPE, LLC ("Debtor").  I make this declaration based upon facts that are within my personal knowledge, or are matters of public record, and if called upon to do so, I could and would competently so testify.

2.    This case was initiated by the filing of a Voluntary Petition on September 21, 2011.

3.    FFPE, LLC is a Delaware limited liability company which operates 14 restaurants under the name "Pat & Oscar's", 9 as franchises, 2 in pending escrows to be sold, and 3 company-run operations.  This motion relates to the 3 company-run restaurants, located at:

**Temecula:**
Landlord:
    H and H – El Cajon
    4350 La Jolla Village Drive, Suite 400
    San Diego, CA  92122

Property address:
29375 Rancho California Road
Temecula, CA 92591

**Parkway Plaza:**
Landlord:
    Parkway Plaza, LLC
    File No. 55717
    Los Angeles, CA  90074-5717

Property address:
375 Parkway Plaza
El Cajon, CA  92020

**Plaza Camino Real:**
Landlord:
    Plaza Camino Real Westfield
    11602 Wilshire Blvd., 12th Floor
    Los Angeles, CA  90025

Property address:
2525 El Camino Real, # 105
Carlsbad, CA  92008

4.      Trustee is advised that:

a.      The company-owned restaurants operate out of leased premises.  There are lease arrearages of approximately $220,000.  September rent in the total amount of $74,000 has not been paid, and October rent will come due shortly.  In addition to lease payments, the Debtor has failed to pay real property taxes to the County of Riverside, which it was obligated to do under the leases.  There are tax arrearages of $17,800, which would have to be brought current as a condition of the assumption of the leases.

b.      As to the Temecula Property, the lease is month-to-month, but with an option to renew for 1 to 5 years.  The monthly rent is approximately $40,000.  The Debtor has missed the last monthly payment, due on September 14, 2011.  Additionally, the Debtor's check for $17,000 for real property tax passthroughs bounced pre-petition.  Prior to the bankruptcy filing, the landlord served a 3-day notice to pay rent or quit.  However, the bankruptcy petition was filed prior to the expiration of the notice period.

c.      As to the Parkway Plaza Property, the lease is month-to-month, but with an option to renew for 1 to 5 years.  Monthly rent is approximately $20,000, and the arrearages are currently about $100,000.

d.      As to Plaza Camino Real, the arrearages are approximately $80,000.  Moveover, the landlord has commenced an unlawful detainer against the Debtor.  Under its terms, the lease would have extended to November 2016.

e.      There are consensual and involuntary liens on the Debtor's personal property, which far exceed any reasonable projection of the value of the personal property.  Most significantly, Sysco Food Services of San Diego, Inc. holds a first position blanket UCC-1 in the amount of $730,000 for unpaid food and related invoices; the State Board of Equalization holds a lien for $650,000 for unpaid sales taxes.  In addition to not paying sales taxes, the Debtor has not paid payroll taxes; it is unclear whether the taxing authorities have recorded liens for the approximately $600,000 of unpaid payroll taxes.

f.      A payroll will be processed on Friday, September 23, 2011, in the approximate amount of $90,000.  Funds on hand in the Debtor's accounts total less than $10,000.

g.      Insurance premiums for liability, property and worker's compensation insurance in the amount of $17,500 will come due on Monday, September 26, 2011.  Again, the Debtor has insufficient funds to pay these premiums.

h.      The Debtor has seven (7) leased vehicles.  A true and correct copy of the description of the vehicles is attached as Exhibit "B" to the Declaration of Weneta M.A. Kosmala.  Payments totaling $2,700 are due immediately to prevent repossession of the vehicles. In addition, the vehicles would have to be insured.  Again, the Debtor has insufficient funds to make these payments.

5.      Trustee's conclusion from the above is that, notwithstanding very optimistic projections by the Debtor, the Debtor is unable to pay its rent, its payroll, its tax obligations, its insurance – or even its current suppliers.

6.      Trustee has been advised that there is an interested buyer for these restaurant operations.  However, no interested party – the prospective buyer, the Debtor's principals, the first-position secured creditor – has been willing to infuse any cash whatsoever to even cover this weekend's $100,000 shortfall ($90,000 of payroll, and insurance), much less the ongoing operations.

7.      Therefore, Trustee seeks immediate authority:

a.      Authorizing the abandonment of personal property of the Debtor associated with the operation of these three restaurants, including furniture, fixtures, equipment, inventory and foodstuffs.  A true and correct copy of the personal property to be abandoned is attached hereto and incorporated herein by this reference as Exhibit "A".  The Debtor advises that the liquidation value of the machinery, equipment and supplies is $6,000, and schedules the inventory (including food supplies at cost) at $31,000, for a total value of $37,000, which is far less than the total amount of the liens.

b.      Authorizing the rejection of commercial real property leases associated with those three restaurants, as follows:

///

**Temecula:**
Landlord:
H and H – El Cajon
4350 La Jolla Village Drive, Suite 400
San Diego, CA  92122

Property address:
29375 Rancho California Road
Temecula, CA 92591

**Parkway Plaza:**
Landlord:
Parkway Plaza, LLC
File No. 55717
Los Angeles, CA  90074-5717

Property address:
375 Parkway Plaza
El Cajon, CA  92020

**Plaza Camino Real:**
Landlord:
Plaza Camino Real Westfield
11602 Wilshire Blvd., 12th Floor
Los Angeles, CA  90025

Property address:
2525 El Camino Real, # 105
Carlsbad, CA  92008

     c.    Authorizing the rejection of seven (7) vehicle leases with Enterprise Lease Services, Inc., covering vehicles described on Exhibit "B" attached hereto and incorporated herein by this reference.

     6.    Since being appointed less than 48 hours ago, my proposed counsel, James J. Joseph, and I have spent numerous hours in conversations with the Debtor's principals, the Debtor's counsel, the proposed buyer's counsel and counsel for Sysco, the first-position secured creditor, discussing the current status and obligations of the Debtor, the continued viability of the Debtor, and the significant shortfall in funds available to operate the Debtor.

     7.    Based upon the foregoing, it is clear that the personal property is of inconsequential value or benefit to the Estate, in light of the liens which exceed the value of the personal property, and the continued operation of the business of the Debtor would be burdensome to the Estate.  Therefore, abandonment is appropriate under 11 U.S.C. § 554(a).

///

8.    The significant arrearages create an apparently insurmountable obstacle to the assumption and assignment of the leases.  Further, the Debtor's operations would not support the current rent obligations.  Therefore, rejection of the real property and vehicle leases is in the best interests of the Estate under 11 U.S.C. § 363.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Santa Ana, California, on September 23, 2011.

_____

Weneta M.A. Kosmala

**Exhibit "A"**

Case 8:11-bk-23246-ES    Doc 1    Filed 09/21/11    Entered 09/21/11 15:52:41    Desc
Main Document    Page 25 of 38

| ITEM | DESCRIPTION | List Price |
|------|-------------|-----------:|
| 1. | **AIR CURTAIN** | 497.00 |
|  | BERNER #ASR-1-42 W/MICROSWITCH, 120V | |
| 2. | **PREP TABLE (SHEETING)** | 690.00 |
|  | CUSTOM S/S | |
| 3. | **OVERSHELVES (SHEETING)** | 720.00 |
|  | CUSTOM S/S | |
| 7. | **VERTICAL CUTTER/MIXER** | 14,565.00 |
|  | BERKEL #VCM44A/1 W/KNEAD MIX SHAFT & KNIFE SHAFT HOLDING PLUG, 208V, 3 PHASE | |
| 8. | **FLOOR TROUGH (MIXER)** | 1,025.00 |
| 9. | **PREP TABLE W/SINK (SLICER)** | 1,190.00 |
|  | CUSTOM S/S | |
| 10. | **FAUCET (SLICER SINK)** | 78.00 |
|  | FISHER #3251 | |
| 11. | **SLICER** | 3,415.00 |
|  | BERKEL #X13A 115V | |
| 12. | **MOBILE CAN RACK** | 561.00 |
|  | NEW AGE #1250CK | |
| 13. | **STORAGE SHELVING** | 1,640.00 |
|  | METRO (16) 1836BR SHELVES (8) 1842BR SHELVES (8) 1848BR SHELVES (8) 1854BR SHELVES (40) 74" POSTS | |
| 18. | **EXHAUST HOOD** | 975.00 |
|  | CAPTIVE AIRE #5124-ND | |
| 18A. | **ELECTRICAL SYSTEM FOR EXHAUST HOODS** | 665.00 |
|  | CAPTIVE AIRE #33111000 | |
| 21. | **WALL FLASHING** | 580.00 |
|  | CUSTOM S/S | |
| 22. | **DOUBLE STACK CONVECTION OVEN** | 11,530.00 |
|  | BLODGETT #DFG200 W/RESTRAINING CABLE | |
| 24. | **CAN OPENER** | 286.00 |
|  | EDLUND #S-11 | |
| 25. | **DOUGH ROLLER** | 3,037.00 |
|  | ANETS #SDR-4 | |
| 26. | **PREP TABLE W/SINK (MEATS)** | 1,845.00 |
|  | CUSTOM S/S | |
| 27. | **OVERSHELVES (MEAT)** | 1,340.00 |
|  | CUSTOM S/S | |
| 29. | **FAUCET (MEAT)** | 78.00 |
|  | FISHER #3251 | |
| 33. | **CORNER GUARDS & CAPS (48" HIGH)** | 1,190.00 |
|  | CUSTOM S/S | |
| 34. | **WALK-IN COOLER** | 14,205.00 |
|  | CUSTOM PACIFIC | |
| 36. | **TRANSPORT CARTS** | 2,163.00 |
|  | METRO #RE1/RE3 | |
|  | (7) 38 PAN CART (7) 20 PAN CART | |
| 38. | **WALK-IN SHELVING** | 2,267.00 |

Exhibit A Page 13

| ITEM | DESCRIPTION | List Price |
|---|---|---|
| | METRO | |
| | (4) 1836NK3 SHELVES | |
| | (16) 1848NK3 SHELVES | |
| | (4) 1854NK3 SHELVES | |
| | (16) 1860NK3 SHELVES | |
| | (40) 74" POSTS | |
| 39. | HAND SINK W/SOAP & TOWEL DISPENSER | 3,172.00 |
| | UNIVERSAL STAINLESS #FMHS-1412 | |
| | W/L & R SPLASH GUARD | |
| 43. | SOAP & CHEMICAL SHELF | 180.00 |
| | CUSTOM S/S | |
| 45. | DISH AREA WALL FLASHING | 2,225.00 |
| | CUSTOM S/S | |
| 47. | BOOSTER HEATER | 1,476.00 |
| | HATCO #C-30 | |
| | 208V, 3 PHASE | |
| 48. | SCULLERY SINK | 2,495.00 |
| | CUSTOM S/S | |
| 49. | POWER SOAK STATION | 8,193.00 |
| | METCRAFT #WI-42-SXS | |
| 50. | PRE-RINSE (POWER SOAK) | 168.00 |
| | FISHER #2110-WB | |
| 51. | POT/UTENSIL RACK (DISHMACHINE) | 231.00 |
| | CUSTOM S/S | |
| 52. | FAUCETS (POWERSOAK) | 397.00 |
| | FISHER #5412 | |
| 53. | CLEAN DISHTABLE ASSEMBLY | 535.00 |
| | CUSTOM S/S | |
| 54. | OVERSHELVES (POWERSOAK) | 1,065.00 |
| | CUSTOM S/S | |
| 56. | PANT-LEG DUCT | 1,240.00 |
| | CUSTOM S/S | |
| 59. | SOILED DISHTABLE ASSEMBLY | 1,725.00 |
| | CUSTOM S/S | |
| 60. | PRE-RINSE (DISHMACHINE) | 168.00 |
| | FISHER #2110-WB | |
| 61. | SORTING SHELF | 470.00 |
| | CUSTOM S/S | |
| 62. | FLOOR TROUGH (SCULLERY/DISHWASHING) | 1,345.00 |
| 70. | ICE MACHINE CONDENSER (REMOTE) | 953.00 |
| | MANITOWOC #JC-1395 | |
| | 208V, 1 PHASE | |
| 71. | FLOOR TROUGH (ICE MACHINE) | 1,395.00 |
| 72. | ICE MACHINE (REMOTE) | 4,108.00 |
| | MANITOWOC #QY-1694N | |
| | 208-230V, 3 PHASE | |
| 73. | ICE BIN | 2,335.00 |
| | FOLLETT #SG1300-48 | |
| 79. | DISH RACKS | 562.00 |
| | METRO POLY ERECTA | |
| | POLYERECTA | |
| | (4) Q2242G2 SHELVES | |
| | (4) Q2230G2 SHELVES | |
| | (8) Q74P POSTS | |
| 81. | SALAD/SANDWICH PREP TABLE | 2,385.00 |
| | TRUE #TSSU-60-24M-B | |
| | 120V | |

Exhibit A Page 14

| | ITEM DESCRIPTION | List Price |
|---|---|---|
| 83. | HEATED CABINET | 4,065.00 |
| | WINSTON #HA4522 | |
| 84. | MICROWAVE | 1,525.00 |
| | PANASONIC #NE1257 | |
| | 120V | |
| 85. | SALAD/SANDWICH PREP TABLE | 3,862.00 |
| | TRUE #TSSU-36-12MB | |
| | 120V | |
| 86. | OVERSHELVES (SALAD/SANDWICH TABLE) | 370.00 |
| | CUSTOM S/S | |
| 87. | WARMER DRAWER CABINET | 770.00 |
| | CUSTOM S/S | |
| 88. | WARMER DRAWER | 1,321.00 |
| | WELLS #RWN26 | |
| | 120V | |
| 90. | HOLDING CABINET | 12,915.00 |
| | ALTO-SHAAM #1000-TH-II | |
| | 120V (1) HINGED LEFT & (1) HINGED RIGHT | |
| 93. | OVERSHELVES (SALAD) | 590.00 |
| | CUSTOM S/S | |
| 94. | TICKET RAILS | 169.00 |
| | SAN JAMAR #CK6536A & CK6548A | |
| 95. | EXHAUST HOOD (PASTA) | 1,355.00 |
| | CAPTIVE AIRE #4824ND-PSP-F | |
| 98. | FIRE SYSTEM | 3,210.00 |
| | CUSTOM ANSUL | |
| 99. | WALL FLASHING @ PASTA LINE | 695.00 |
| | CUSTOM S/S | |
| 101. | BAIN MARIE | 1,039.00 |
| | WELLS #HT-300AF | |
| | 208V, 1 PHASE | |
| 102. | SOUP & PASTA WELL INSERT TRIVET | 240.00 |
| | CUSTOM S/S | |
| 103. | OVERSHELF (PASTA COUNTER) | 220.00 |
| | CUSTOM S/S | |
| 104. | PASTA COOKER | 5,538.00 |
| | KEATING #18PASTA | |
| 106. | PASTA COOKER DRAIN PIPE | 240.00 |
| | CUSTOM S/S | |
| 109. | PASTA REFRIGERATED BASE | 3,468.00 |
| | SOUTHBEND #20036SB (SELF CONTAINED) | |
| | 120V | |
| 110. | 2 BURNER HOT PLATE | 749.00 |
| | WOLF #AHP2-12 | |
| 111. | EQUIPMENT STAND | 1,095.00 |
| | CUSTOM S/S | |
| 112. | PIZZA REFRIGERATED BASE | 4,034.00 |
| | TRUE #TPP-93 | |
| | 120V | |
| 113. | OVERSHELVES (PUT-IN TABLE) | 590.00 |
| | CUSTOM S/S | |
| 114. | TILTING KETTLE W/FAUCET | 4,904.00 |
| | VULCAN #VEC6 | |
| | 208V, 3 PHASE | |
| 115. | COLD PAN STAND | 235.00 |
| | CUSTOM S/S | |
| 116. | COLD PAN (COUNTERTOP) | 1,040.00 |

| ITEM | DESCRIPTION | List Price |
|------|-------------|-----------|
| | APW WYOTT #W-3V | |
| | 120V | |
| 118. | EXHAUST HOOD (CONVEYOR) | 4,575.00 |
| | CAPTIVE AIRE #6624NDI-PSP-FSS | |
| 121. | WALL FLASHING (CONVEYOR OVEN) | 695.00 |
| | CUSTOM S/S | |
| 123. | FRONT SERVICE COUNTER | 13,265.00 |
| | CUSTOM S/S | |
| 124. | OVER SHELF (TAKE-OUT WINDOW) | 2,265.00 |
| | CUSTOM S/S | |
| 125. | WALL MOUNTED OVERHEAD PIZZA BOX STORAGE SHELF | 1,520.00 |
| | CUSTOM S/S | |
| 130. | HEATLAMP W/LIGHT DISPLAY INF. CONTROL | 364.00 |
| | HATCO #GRAL-84 | |
| | 208V, 1 PHASE | |
| 131. | U/C REFRIGERATOR W/(2) GLASS DOORS, & LOCKS | 3,075.00 |
| | BEVERAGE AIR #UCR-48A | |
| | 120V | |
| 133. | POTATO WEDGE WARMER | 264.00 |
| | WELLS #SS-206-ULTD | |
| | 208V, 1 PHASE | |
| 134. | HEAT LAMP W/LIGHTS (POTATO) | 146.00 |
| | HATCO #GRAL-18 | |
| | 120V | |
| 135. | BREADSTICK WARMER INSERT | 245.00 |
| | CUSTOM S/S | |
| 136. | TRASH CAN | 105.00 |
| | CUSTOM S/S | |
| 137. | BREADSTICK WARMING CONTAINER (6" DEEP) | 1,123.00 |
| | DELFIELD #8845 | |
| | 208V, 1 PHASE | |
| 138. | BREADSTICK WARMING CONTAINER INSERT (6" DEEP) | 240.00 |
| | CUSTOM S/S | |
| 139. | HEAT LAMP W/LIGHTS (BREAD) | 149.00 |
| | HATCO #GRAL-24 | |
| | 120V | |
| 143. | SMALL BAG HOLDER | 150.00 |
| | CUSTOM S/S | |
| 146. | U/C REFRIGERATOR W/(2) GLASS DOOR & LOCKS | 3,075.00 |
| | BEVERAGE AIR #UCR48A | |
| | 120V | |
| 147. | BAG DISPENSERS (TO GO AREA) | 285.00 |
| | CUSTOM S/S | |
| 148. | BAG DISPENSER | 380.00 |
| | CUSTOM S/S | |
| 153. | ICE PAN | 661.00 |
| | RANDELL #9728IC | |
| 168. | CONDIMENT HOLDER (BEVERAGE COUNTER) | 430.00 |
| | CUSTOM S/S | |
| 175. | TRASH RECEPTACLES | 105.00 |
| | CUSTOM S/S | |
| 180. | NAPKIN DISPENSERS | 255.00 |
| | TRAEX #6525 | |
| 191. | WALK-IN COOLER COMPRESSOR | 5,589.00 |

| ITEM | DESCRIPTION | List Price |
|---|---|---|
| | CUSTOM 120/230, 3 PHASE | |
| 193. | 8" X 8" BEVERAGE LINE CHASE | 255.00 |
| 195. | BOOSTER HEATER SHELF | 215.00 |
| | CUSTOM S/S | |

Exhibit A Page 17

**FFPE, LLC, a Delaware Limited Liability Company**

**Rider to Schedule B-30**

| | | | | |
|---|---|---|---|---|
| INVENTORY - FOOD | 6,571.47 | 8,226.62 | 3,993.34 | 18,791.43 |
| INVENTORY - BEVERAGE | 1,318.76 | 1,794.00 | 2,055.76 | 5,168.52 |
| INVENTORY - PAPER | 1,341.84 | 2,147.72 | 1,160.87 | 4,650.43 |
| INVENTORY - KITCHEN SUPPLIES | 190.17 | 706.25 | 187.92 | 1,084.34 |
| INVENTORY - CHEMICALS | 354.40 | 448.09 | 588.72 | 1,391.21 |
| **TOTAL INVENTORY** | $   9,776.64 | $   13,322.68 | $   7,986.61 | $   31,085.93 |

**Exhibit "B"**

## Rider to Schedule B-25
## List of Leased Vehicles

Note: All vehicles are 2007 Chevrolet Uplander front-wheel drive vans

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 76004 | LABD16 | 121202 | VEHICLE TEMECULA | 60 | 59 | 15,586.13 | 349.83 | 25.16 | 90.88 | 0.00 | 300.00 | 1,830.84 | 76000 | 0 none |
| 76008 | LA4J06 | 160911 | VEHICLE PARKWAY PLAZA | 55 | 54 | 15,686.13 | 355.34 | 28.59 | 91.46 | 0.00 | 300.00 | 3,350.60 | 76000 | 6553 | 4/22/2008 |
| 76011 | LA4J04 | 161306 | VEHICLE CARLSBAD | 55 | 54 | 15,686.13 | 352.07 | 25.32 | 91.46 | 0.00 | 300.00 | 3,350.59 | 76000 | 1 | 11/22/2009 |
| 76013 | LABD20 | 121783 | VEHICLE PLAZ | 60 | 59 | 15,586.13 | 349.83 | 25.16 | 90.88 | 0.00 | 300.00 | 1,819.81 | 76000 | 16114 | 10/9/2009 |
| 76017 | LABD28 | 121653 | VEHICLE PARKWAY PLAZA | 60 | 59 | 15,586.13 | 353.06 | 28.41 | 90.88 | 0.00 | 300.00 | 1,836.88 | 76000 | 11000 | 4/22/2008 |
| 76022 | LABD23 | 119942 | VEHICLE BUENA PARK | 60 | 59 | 15,586.13 | 349.83 | 25.16 | 90.88 | 0.00 | 300.00 | 1,836.21 | 76000 | 11761 | 2/28/2008 |
| 76027 | LA3J01 | 150088 | SAN MARCOS VEHICLE (@ PCR) | 55 | 54 | 15,686.13 | 355.34 | 28.59 | 91.46 | 0.00 | 300.00 | 3,350.60 | 76000 | 8359 | 8/16/2008 |

79312J_LXI5
9/21/2011 10:26 AM
1 of 1